UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVARISTO NAVARRO RODRIGUEZ,

　　　　　　　　　　Petitioner,

　v.

TIM GARRET, *et al.*,

　　　　　　　　　　Respondents.

Case No. 3:20-cv-00691-ART-CLB

ORDER

　　　　Evaristo Navarro Rodriguez's 28 U.S.C. § 2254 habeas matter is before the court on his unopposed motions for extension of time to file a second-amended petition (ECF Nos. 26, 27). Counsel for Rodriguez explains that she has been diligently preparing the amended petition as well as a renewed motion for discovery in light of the court's recent denial of Rodriguez's first motion for discovery (*see* ECF No. 24). The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　　**IT IS THEREFORE ORDERED** that petitioner's third motion for extension of time to file a second-amended petition (ECF No. 26) is **GRANTED** *nunc pro tunc.*

　　　　**IT IS FURTHER ORDERED** that petitioner's fourth motion for extension of time to file a second-amended petition (ECF No. 27) is **GRANTED**. The deadline to file the amended petition is June 15, 2022.

　　　　DATED THIS 19th day of May 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1