UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>Order Granting Extension of Time to Respond to Petition to September 15, 2022 |

　　　Respondents seek an extension of time to file a response to Evaristo Navarro Rodriguez's second-amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 30.) Good cause appearing,

　　　IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 30) is **GRANTED. The deadline to respond to the second-amended habeas corpus petition is extended to September 15, 2022.**

　　　DATED THIS 11th day of August 2022.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1