UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>Order Granting Extension of Time to Respond to Motion to Conduct Discovery to October 7, 2022<br>(ECF No. 34) |

　　　Respondents seek an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion to conduct discovery. (ECF No. 34.) Good cause appearing,

　　　IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the motion to conduct discovery (ECF No. 34) is **GRANTED. The deadline to respond to the motion is extended to October 7, 2022.**

　　　DATED THIS 19th day of September 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1