UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ, | Case No. 3:20-cv-00691-ART-CLB |
| Petitioner, | Order Granting Extension of Time to Respond to Petition to October 31, 2022 (ECF No. 35) |
| v. | |
| TIM GARRET, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file a response to Evaristo Navarro Rodriguez's second-amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 35.) Good cause appearing,

IT IS ORDERED that respondents' unopposed second motion for extension of time to file a response to the petition (ECF No. 35) is **GRANTED. The deadline to respond to the second-amended habeas corpus petition is extended to October 31, 2022.**

DATED THIS 19th day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1