UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>Order Granting Extension of Time to Respond to Motion to Conduct Discovery to November 8, 2022<br>(ECF No. 38) |

　　　Respondents seek an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion to conduct discovery. (ECF No. 38.) Good cause appearing,

　　　IT IS ORDERED that respondents' unopposed second motion for extension of time to file a response to the motion to conduct discovery (ECF No. 38) is **GRANTED. The deadline to respond to the motion is extended to November 8, 2022.**

　　　DATED THIS 14th day of October 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1