UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>TIM GARRET, *et al.*,<br><br>　　　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>Order Granting Extension of Time to Respond to Petition to November 30, 2022 (ECF No. 40) |
|---|---|

　　　Respondents seek an extension of time to file a response to Evaristo Navarro Rodriguez's second-amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 40.) Good cause appearing,

　　　IT IS ORDERED that respondents' unopposed third motion for extension of time to file a response to the petition (ECF No. 40) is **GRANTED. The deadline to respond to the second-amended habeas corpus petition is extended to November 30, 2022.**

　　　DATED THIS 7th day of November 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1