UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>                                      Petitioner,<br>     v.<br><br>TIM GARRET, *et al.*,<br><br>                                      Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>Order Granting Extension of Time to Respond to Motion to Conduct Discovery to November 22, 2022<br><br>(ECF No. 42) |

Respondents seek an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion to conduct discovery. (ECF No. 42.) Good cause appearing,

IT IS ORDERED that respondents' unopposed third motion for extension of time to file a response to the motion to conduct discovery (ECF No. 42) is **GRANTED. The deadline to respond to the motion is extended to November 22, 2022.**

DATED THIS 16th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1