UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ, | Case No. 3:20-cv-00691-ART-CLB |
| Petitioner, | **Order Granting Extension of Time to Reply in Support of Motion to Conduct Discovery to December 12, 2022** |
| v. | |
| TIM GARRET, *et al.*, | |
| Respondents. | **(ECF No. 62)** |

28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez seeks an extension of time to file a reply in support of his motion to conduct discovery. (ECF No. 62.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the motion to conduct discovery (ECF No. 62) is **GRANTED. The deadline to respond to the motion is extended to December 12, 2022.**

DATED THIS 30th day of November 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1