UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　　Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Conduct Discovery to December 19, 2022**<br><br>**(ECF No. 64)** |

　　　28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez seeks a 7-day extension of time to file a reply in support of his motion to conduct discovery. (ECF No. 64.) Good cause appearing,

　　　IT IS ORDERED that petitioner's unopposed second motion for extension of time to file a reply in support of the motion to conduct discovery (ECF No. 64) is **GRANTED. The deadline to respond to the motion is extended to December 19, 2022.**

　　　DATED THIS 14th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1