UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>                           Petitioner,<br>   v.<br><br>TIM GARRET, *et al.*,<br><br>                         Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss**<br><br>**(ECF No. 67)** |

      28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez asks the court for an extension of time of 30 days after this court's decision on his motion to conduct discovery in which to file his opposition to respondents' motion to dismiss. (ECF No. 67.) Good cause appearing,

      IT IS ORDERED that petitioner's unopposed motion for extension of time to file an opposition to respondents' motion to dismiss (ECF No. 67) is **GRANTED. The deadline to oppose the motion to dismiss is extended to 30 days after this court's decision on the motion to conduct discovery.**

      DATED THIS 22nd day of December 2022.

                                                                        /s/ Anne R. Traum
                                                                ANNE R. TRAUM
                                                                UNITED STATES DISTRICT JUDGE