UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>**Order** |

The Court granted 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion for discovery and directed his counsel, the Federal Public Defender ("FPD"), to file proposed subpoenas with the Court. (ECF No. 69.) To date the FPD has not filed proposed subpoenas or taken any other action in this case.

It is therefore ordered that Petitioner file the proposed subpoenas by September 7, 2023.

It is further ordered that if Petitioner fails to comply with this order, discovery will not be permitted in this action.

DATED THIS 7th day of August 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1