UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>                                    Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br><br>                                    Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>**Order Directing Petitioner to Complete Discovery within 60 Days** |

    The Court granted 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion for discovery and directed his counsel, the Federal Public Defender ("FPD"), to file proposed subpoenas with the Court. (ECF No. 69.) The FPD filed an addendum to the discovery motion explaining that she misread this Court's order and has already served three subpoenas. (ECF No. 71.) It is unclear whether any other subpoenas will need to be served.

    It is therefore ordered that Petitioner notify the court when he has completed the discovery outlined in this Court's order and in the subpoenas (*see* ECF Nos. 69, 71), which he must complete no later than **60 days** from the date of this order.

DATED THIS 16th day of August 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE