UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVARISTO NAVARRO RODRIGUEZ,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00691-ART-CLB<br><br>**Order Granting Extension of Time to Complete Discovery to December 15, 2023**<br><br>**(ECF No. 75)** |

　　　28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez asks the Court for an extension of time to complete discovery. (ECF No. 75.) Good cause appearing,

　　　IT IS ORDERED that Petitioner's unopposed motion for extension of time to complete discovery (ECF No. 75) is **GRANTED** *nunc pro tunc.* **The deadline to complete discovery is extended to December 15, 2023.**

　　　DATED THIS 18th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1