UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Evaristo Navarro Rodriguez, | Case No. 3:20-cv-00691-ART-CLB |
|---|---|
| Petitioner, | Order Granting Extension of Time to Respond to Motion to Stay to August 14, 2024 |
| v. | |
| Tim Garrett, *et al.*, | |
| Respondents. | (ECF No. 79) |

Respondents seek an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus petitioner Evaristo Navarro Rodriguez's motion to stay. (ECF No. 79.) Good cause appearing,

It is ordered that that Respondents' unopposed motion for extension of time to respond to motion to stay (ECF No. 79) is **GRANTED** *nunc pro tunc.* **The deadline to respond is extended to August 14, 2024.**

DATED THIS 18th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1