UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVARISTO NAVARRO RODRIGUEZ,

Petitioner,

v.

JOHN HENLEY, *et al.*,

Respondents.

Case No. 3:20-cv-00691-ART-CLB

ORDER

In this habeas corpus action, after a stay of this case was lifted, Petitioner Evaristo Navarro Rodriguez, represented by appointed counsel, filed a third amended petition for writ of habeas corpus on February 17, 2026. (ECF No. 88.) After a 60-day initial period and a 60-day extension, the respondents were to file an answer or other response to the third amended petition by June 19, 2026. (*See* ECF Nos. 87, 92.) On June 18, Respondents filed a motion for extension of time requesting a further 45-day extension, to August 3, 2026. (ECF No. 93.) Respondents' counsel states that the extension is necessary because of obligations in other cases. Respondents' counsel represents that Rodriguez does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 93) is granted. Respondents will have until and including August 3, 2026, to file an answer or other response to the third amended petition for writ

///

///

///

///

1

of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 20, 2026 (ECF No. 87) will remain in effect.

DATED THIS 24th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE