UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVARISTO NAVARRO RODRIGUEZ,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:20-cv-00691-ART-CLB

ORDER

This counseled habeas matter is before this Court on Respondent's motion for a 30-day extension of time to file his response to the Third Amended Petition. (ECF No. 96.) This is Respondent's third request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 96) is granted. Respondent has up to and including September 2, 2026, to file his response.

DATED this 7th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE