UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVARISTO NAVARRO RODRIGUEZ,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:20-cv-00691-ART-CLB

ORDER

Petitioner Evaristo Navarro Rodriguez has filed an unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. (ECF No. 106.) This is Rodriguez's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 106) is granted. Rodriguez has up to and including December 19, 2026, to file his opposition.

DATED this 23rd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE